AMENDED CHAPTER 13 PLAN          Case No.: 14-04643

Debtor(s): **Melvin Leon Kent**          Net Monthly Earnings: **433.19**
SS#: xxx-xx-1378          Number of Dependents: 1

I. Plan Payments: (X) Debtor(s) propose to pay direct a total of **$433.19** monthly into the plan

Length of plan is approximately **36** months, and the total amount of debt to be distributed by the Trustee is approximately $**15,558.00**

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:
A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)] The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| NONE | | | |

B. Total Attorney Fee: $0.00

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amt Debt | Amt Reg Pmt | Reg Pmts begin | Arrears paid by Trustee | Months included in | Proposed % Rate on | Proposed Fixed |
|---|---|---|---|---|---|---|---|
| **Wells Fargo Bank** | **$62,000** | 580.81 | 1/2015 | 2,633.44 | 4 | 0.00 | 77.46 |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection | Total Amt of Debt | Debtor's Value | Unsecured Portion | Collateral Description | Proposed Interest | Proposed Fixed | Fixed Payment to |
|---|---|---|---|---|---|---|---|---|
| **Carlisle Classy Cars** | 15.62 | 1,390.25 | 1,562.00 | 0.00 | 1999 Dodge Dakota | 5.00 | 44.10 | Conf |

3. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Amount of Debt | Amount of Regular Pmt | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| **Wells Fargo** | **$5,600** | **$325** | 2010 Hyundai Sonata | being paid Direct by family member who is in possession |

IV. Other Provisions:
This is an amended plan replacing plan dated December 1, 2015.
This plan proposes to pay allowed unsecured creditors approximately 100 %.
Debtor is paying adequate protection direct to <u>Carlisle Classy Cars</u> until Confirmation.
Debtor proposes to pay all pre and post petition utility service charges directly in lieu of posting a deposit under 11 USC §366 and acknowledges that 11 USC §362 does nto apply to collection of these debts by utilities.
The debt owed to Wells Fargo on the 2010 Hyundai Sonata is being paid direct by a non household co-signer; if a default occurs and the vehicle is lawfully disposed of, then the creditor may file a general unsecured claim, which will be subject to defenses Debtor may raise at that time.

Dated: <u>01/30/2015</u>          Debtor:<u>/s/ Melvin Leon Kent</u>

/s/ A. Wilson Webb, Attorney for Debtor
Legal Services Alabama, Inc. 1820 7th Avenue North, Suite 200 Birmingham, AL 35203
Fax 888-705-9273   Court email: wwebb@alsp.org

**CERTIFICATE OF SERVICE**
   I hereby certify that I have served a copy of the above and foregoing Amended Plan upon all creditors and the Trustee, the same day as filed with the court to the electronic address or to their snail mail addresses per the latest matrix.

D. Sims Crawford, Trustee scrawford13@ecf.epiqsystems.com   Tmobile c/o AmericanInfoSource POC_AIS@americaninfosource.com   Springleaf Financial CBP@SPRINGLEAF.COM
Carlisle Classy Cars classycar@bellsouth.net   Wells Fargo Bank dba Wells Fargo Dealer Services Greenville.BKchpt13@wellsfargo.com   Wells Fargo Bank, N.A. ttutten@sirote.com

/s/ A. Wilson Webb, Attorney for Debtor