UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:
MELVIN LEON KENT,           *
   Debtor.                  *   BK CASE NO.:14-04643-TOM-13
                            *
                            *

**DEBTOR'S OBJECTION TO CLAIM #7 OF**
**WELLS FARGO BANK, N.A. dba Wells Fargo Dealer Services**

COMES NOW the debtor, pursuant to 11 U.S.C. §502 and F.R.B.P. 3007 and objects to Claim #7 of WELLS FARGO BANK, N.A. dba WELLS FARGO DEALER SERVICES in the amount of **$5,609.35** on the following, initial, grounds:

Said obligation is being paid DIRECT by the co-signer, Dianne Kent, as provided for in the 1st Amended Plan filed February 10, 2015.

WHEREFORE, premises considered, Debtor prays that his Objection be SUSTAINED.

                /s/ A. Wilson Webb
                Staff Attorney - Legal Services Alabama
                Attorney for Debtor
                1820 7th Avenue North, Suite 200
                Birmingham, AL 35213
                (205) 328-3540
                Fax (888) 705-9273
                ECF Email: wwebb@alsp.org
                Encrypted attachment email address: wilsonwebb.alsp@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this filing upon the Trustee by separate electronic means to their email addresses (set forth below) and upon the Claimholder by email addressed as follows:

Wells Fargo Bank N.A. dba Wells Fargo Dealer Services via Nikita Richburg at Greenville.BKchpt13@wellsfargo.com and Tom Tutten ttutten@sirote.com

Trustee, D. Sims Crawford  scrawford13@ecf.epiqsystems.com

                /s/ A. Wilson Webb