IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION - BIRMINGHAM

IN RE:

MELVIN LEON KENT,     *    CASE NO.: 14-04643 TOM 13

Debtor.

## RESPONSE OF WELLS FARGO BANK, N.A. dba
## WELLS FARGO DEALER SERVICES
## TO DEBTOR'S OBJECTION TO CLAIM #7

Comes now Creditor, Wells Fargo Bank, N.A. dba Wells Fargo Dealer Services (hereinafter "Wells Fargo") in the above styled cause by and through the undersigned attorney of record, William C. Poole, and files this Response to the Debtor's Objection to Claim #7 of Wells Fargo.

1. Creditor does not have knowledge as regards who has possession of the collateral.

2. Creditor further states that the Objection to Claim should be denied and that the Creditor's proof of claim remain secured, as a direct pay, until such time as Creditor is in possession of the collateral should there be a default of the contract. At that time the Creditor will amend its Proof of Claim to reflect any deficiency balance after the sale of the collateral.

WHEREFORE, premises considered, Creditor prays that the Debtor's Objection to Claim be Overruled until Creditor takes possession of the collateral. Creditor further prays for such other and further relief to which it may be justly entitled.

William C. Poole, LLC
Attorney For
Wells Fargo Bank, N.A. dba Wells Fargo
Dealer Services

/S/ William C. Poole
William C. Poole POOLW4929

917 Western America Circle
Suite 200
Mobile, Alabama 36609
(251) 344-5015
(251) 344-5125 fax

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 18TH day of February, 2015, a copy of the foregoing document was served on the following:

D. Sims Crawford
Post Office Box 10848
Birmingham, AL 35202

A. Wilson Webb
1820 7th Avenue North
Suite 200
Birmingham, AL 35203

Melvin Leon Kent
760 71st Street South
Birmingham, AL 35206

by ECF and/or by mailing a copy of the same United States Mail, properly addressed and first class postage prepaid.

       /S/ William C. Poole
       William C. Poole, Esq.

/dsp